NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re DARREN L. DEFLANDERS,**
*Petitioner*

---

2026-108

---

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims.

---

## ON PETITION AND MOTION

---

Before REYNA, BRYSON, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

Before the court are Darren L. DeFlanders's petition for writ of mandamus and motions for relief in connection with claims for service-connected disability benefits.

A petitioner seeking the extraordinary remedy of mandamus must show: (1) "no other adequate means to attain the relief he desires," (2) a "clear and indisputable" right to relief, and (3) the writ is "appropriate under the circumstances." *Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004) (cleaned up). Mr. DeFlanders has not met these demanding requirements here.

Mr. DeFlanders can pursue his entitlement to disability benefits through the normal veterans benefits adjudication process. To the extent Mr. DeFlanders contends the Board of Veterans' Appeals has unlawfully delayed adjudication of his claims, he can seek mandamus relief at the United States Court of Appeals for Veterans Claims, *see Martin v. O'Rourke*, 891 F.3d 1338, 1348 (Fed. Cir. 2018), and it does not appear Mr. DeFlanders has or is presently pursuing such relief. We therefore cannot say he has shown he lacks adequate alternative means to obtain the relief requested or that granting mandamus relief would be appropriate here.

Accordingly,

IT IS ORDERED THAT:

The petition and all pending motions are denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 15, 2025
Date